

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

DAVID ZENG,

     Debtor.                        No. 12-12412-j7

LOS ALAMOS NATIONAL BANK,

     Plaintiff,

v.                                 Adversary Proceeding

DAVID ZENG,                      No. 13-1005-j

     Defendant.

## STIPULATED JUDGMENT
## <u>DECLARING DEBT NON-DISCHARGEABLE</u>

THIS MATTER comes before the Court on the stipulation between

plaintiff Los Alamos National Bank ("LANB") and defendant David Zeng. LANB

1

is represented by Jurgens & With, P.A. (James R. Jurgens, Esq.). David Zeng is represented by Moore, Berkson & Gandarilla, P.C. (Bonne B. Gandarilla, Esq.).

In accordance with the stipulation of the parties the Court finds:

1. LANB is a national bank organized and existing under the laws of the United States, and has its principal place of business in Los Alamos, New Mexico.

2. David Zeng is a resident of Santa Fe, New Mexico and is a debtor in the above captioned bankruptcy case pending under no. 12-12412-j7 (the "Bankruptcy Case").

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. This is a core proceeding.

5. This Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. § 157(b)(1), (b)(2)(I) and § 1334.

6. In February 2012, trial was held in *Los Alamos National Bank v. Santa Fe Capital Equities, LLC, et al*, No. D-101-CV-2010-1503 (the "Action").

7. On March 1, 2012, *Judgment* was entered in favor of LANB and against David Zeng in the Action.

8. On April 24, 2012, LANB was awarded a deficiency judgment against David Zeng in the amount of $1,429,493.55, plus interest at 16% from April 12, 2012, plus attorney fees and costs incurred

2

by LANB to collect and enforce the judgment until it is paid in full (the "Judgment").

9. The Judgment was entered after a trial on the merits, is final and is confirmed in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND AGREED that:

A. LANB was awarded judgment against David Zeng in the amount of $1,429,493.55, plus interest at 16% per annum from April 12, 2012, plus additional attorney's fees and costs incurred by LANB to collect and enforce the Judgment until it is paid in full.

B. The debt evidenced by the Judgment is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) in the Bankruptcy Case, and in any other bankruptcy case filed by or against David Zeng.

###END OF JUDGMENT###

Respectfully submitted,

JURGENS & WITH, P.A.

/s/ James Jurgens
James R. Jurgens
Attorneys for LANB
100 La Salle Circle, Suite A
Santa Fe, New Mexico  87505
Tel: (505) 984-2020 / Fax (505) 982-6417

Stipulated to and approved:

MOORE, BERKSON & GANDARILLA, P.C.

By email dated 1-8-13
Bonnie B. Gandarilla
PO Box 7459
Albuquerque, New Mexico  87194
505-242-1218

3

By email dated 1- -13
Bonnie B. Gandarilla
PO Box 7459
Albuquerque, New Mexico  87194
505-242-1218
Stipulated to and Approved:

_____
DAVID ZENG        1/8/2013