**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re

**DAVID ZENG**,

       Debtor.                                   Case No. **12-12412 j7**

LOS ALAMOS NATIONAL BANK,

       Plaintiff,

v.                                            Adv. No. 13-1005 J

DAVID ZENG,

       Defendant.

## MOTION FOR ORDER AUTHORIZING MOORE, BERKSON & GANDARILLA, P.C., TO WITHDRAW AS COUNSEL FOR DEFENDANT

COMES NOW Moore, Berkson & Gandarilla, P.C. (Bonnie B. Gandarilla) and moves the Court for its Order authorizing Moore, Berkson & Gandarilla, P.C. to withdraw as counsel for the Defendant, David Zeng, and as grounds would state:

1. Counsel for the Defendant's scope of authority to represent Defendant was limited to the negotiation of the Stipulated Judgment herein;

2. The Defendant's address of record is, and, if substitute counsel does not enter an appearance for the Defendant prior to entry of the order allowing withdrawal, the Defendant shall be served with all notices at:

       David Zeng
       6313 Calle Zanate
       Albuquerque, NM 87507

3. The Defendant's phone number is:

       1-505-577-1688

WHEREFORE, Moore, Berkson & Gandarilla, P.C., prays for an order authorizing it to withdraw as counsel for the Defendant and for such other relief as the Court deems appropriate.

Respectfully submitted by:

Moore, Berkson & Gandarilla, P.C.
S/electronically submitted
Bonnie B. Gandarilla
3800 Osuna NE, Suite 2
Albuquerque, NM 87109
(505) 242-1218
Fax: 505-242-2836
mbglaw@swcp.com

M:\Zeng\Motion to Withdraw 2-8-13.wpd