

_____

**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

DAVID ZENG,

      Debtor.                          No. 12-12412-j7

LOS ALAMOS NATIONAL BANK,

      Plaintiff,

v.                               Adversary Proceeding

DAVID ZENG,                 No. 13-1005j

      Defendant.

## STIPULATED ORDER
## RESOLVING MOTION FOR PROTECTIVE ORDER

THIS MATTER comes before the Court on David Zeng's Motion for

Protective Order, doc. 9, and the response thereto filed by Los Alamos National

1

Bank ("LANB"). Doc. 11. LANB is represented by Jurgens & With, P.A. (James R. Jurgens, Esq.). David Zeng is represented by Moore, Berkson & Gandarilla, P.C. (Bonnie Gandarilla, Esq.).

In accordance with the stipulation of the parties, the Court finds and

IT IS THEREFORE ORDERED that David Zeng shall appear for a deposition in aid of execution on March 14, 2013, at the offices of Cumbre Court Reporting, 2019 Galisteo Street, Suite A-1, Santa Fe, New Mexico 87505, before a certified court reporter, beginning at 9:30 a.m. and continuing until concluded.

###END OF ORDER###

Respectfully submitted,

JURGENS & WITH, P.A.

/s/ submitted electronically
James R. Jurgens
Attorneys for LANB
100 La Salle Circle, Suite A
Santa Fe, New Mexico  87505
(505) 984-2020; Fax (505) 982-6417

Approved:

MOORE, BERKSON & GANDARILLA, P.C.

By email dated 2-20-13
Bonnie Gandarilla
Attorneys for Debtor
3800 Osuna NE, Ste 2
Albuquerque, NM  87109
505-242-1218; Fax 505-242-2836