# Notice Recipients

District/Off: 1084–1      User: louise      Date Created: 2/25/2013
Case: 13–01005–j      Form ID: pdfor1      Total: 2

**Recipients of Notice of Electronic Filing:**
aty      Bonnie Bassan Gandarilla      mbglaw@swcp.com
aty      James Jurgens      jrj@j–wlaw.com

TOTAL: 2